No. 80–6127.   McDowell v. North Carolina, 450 U. S. 1025; and

No. 80–6163.   Johns v. King, Lieutenant Governor of Hawaii, et al., 450 U. S. 1033.   Petitions for rehearing denied.

No. 80–5949.   Burkhalter v. Chrysler Corp. et al., 450 U. S. 931.   Motion for leave to file petition for rehearing denied.

### May 20, 1981

No. 80–309.   Heverly et al. v. Commissioner of Internal Revenue.   C. A. 3d Cir.; and

No. 80–310.   Chapman et al. v. Commissioner of Internal Revenue.   C. A. 1st Cir.   Certiorari dismissed under this Court's Rule 53.   Reported below: No. 80–309, 621 F. 2d 1227; No. 80–310, 618 F. 2d 856.

### May 26, 1981

No. 80–1641.   Supreme Court of Virginia et al. v. Consumers Union of the United States, Inc., et al.; and

No. 80–1664.   Consumers Union of the United States, Inc., et al. v. Virginia State Bar et al.   Appeals from D. C. E. D. Va.   Motions of appellants to defer consideration of the appeals denied.   Appeals dismissed for want of jurisdiction.   Justice Powell took no part in the consideration or decision of these motions and these cases.   Reported below: 505 F. Supp. 822.

No. 80–1661.   Egan v. New York.   Appeal from App. Div., Sup. Ct. N. Y., 4th Jud. Dept., dismissed for want of substantial federal question.